MAYER BROWN LLP
ELSPETH V. HANSEN (SBN 292193)
Two Palo Alto Square #300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2043
Facsimile: (650) 331-2060
*ehansen@mayerbrown.com*

MAYER BROWN LLP
HANS J. GERMANN (Pro Hac Vice)
71 S Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-8792
Facsimile: (312) 706-8169
*hgermann@mayerbrown.com*

RAYMOND P. BOLAÑOS (SBN 142069)
AT&T Services, Inc. Legal Dept.
430 Bush Street, 6th Floor
San Francisco, CA 94108
Phone: (415) 268-9491
Fax: (415) 543-0418
*rb2659@att.com*

Attorneys for Plaintiff
New Cingular Wireless PCS, LLC d/b/a AT&T Mobility

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC, D/B/A AT&T MOBILITY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, a California municipal corporation,<br><br>Defendant. | Case No. 3:20-cv-6486-JCS<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff New Cingular Wireless PCS, LLC (d/b/a AT&T Mobility) ("AT&T") and Defendant City of Oakland (the "City") stipulate the above-captioned matter shall be dismissed with prejudice.

Dated:  February 25, 2021          MAYER BROWN LLP

By:   /s/  Elspeth V. Hansen
Elspeth V. Hansen
Attorneys for Plaintiff
Two Palo Alto Square #300
3000 El Camino Real
Palo Alto, CA 94306

Dated:  February 25, 2021          OAKLAND CITY ATTORNEY

By:   /s/  Cynthia Stein
Cynthia Stein, Deputy City Attorney
Attorneys for Defendant
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA  94612

Pursuant to Civil Local Rule 5-1(i)(3), I, Elspeth V. Hansen, attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

By:   /s/  Elspeth V. Hansen
Elspeth V. Hansen

Date: March 1, 2021

IT IS SO ORDERED
Judge Joseph C. Spero

Stipulation Of Dismissal Pursuant to Federal Rule
of Civil Procedure 41(a)(1)(A)(ii)
Case No. 3:20-cv-6486-JCS                              -2-